**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00752-CMA-CBS

ERIC D. WEINSTEIN, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FISERV, INC.,
FISERV TRUST COMPANY,
NTC & CO.,
TRUST INDUSTRIAL BANK,
ROBERT BERIAULT HOLDINGS, INC.,
LINCOLN TRUST COMPANY,
TD AMERITRADE ONLINE HOLDINGS CORP., and
TD AMERITRADE HOLDING CORPORATION,

    Defendants.

---

**ORDER REGARDING NOTICE OF WITHDRAWAL OF MOTION**

---

    This matter is before the Court on the parties' Notice of Withdrawal of Unopposed Motion To Consolidate Related Cases (Doc. # 56). Upon review of the Notice, the Court reads it as a motion of withdrawal, and hereby GRANTS the motion.

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion To Consolidate Related Cases (Doc. # 41) is deemed withdrawn.

    DATED: August __18__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge