**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00752-CMA-CBS
(Consolidated with 09-cv-01222-CMA-CBS and 09-cv-01356-CMA-CBS)

ERIC D. WEINSTEIN, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FISERV, INC.,
FISERV TRUST COMPANY,
NTC & CO.,
TRUST INDUSTRIAL BANK,
ROBERT BERIAULT HOLDINGS, INC.,
LINCOLN TRUST COMPANY,
TD AMERITRADE ONLINE HOLDINGS CORP., and
TD AMERITRADE HOLDING CORPORATION,

    Defendants.

_____

### MINUTE ORDER GRANTING MOTION TO MODIFY DEADLINES
_____

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Plaintiffs' Unopposed Motion to Modify Deadlines for Filing Consolidated Complaint and Briefing Schedule on Motion to Dismiss (Doc. # 61) is GRANTED. It is therefore ORDERED that the deadlines are modified as follows:

1) Plaintiffs shall file and serve the Consolidated Complaint on or before **November 6, 2009**;
2) Defendants may file and serve a Motion to Dismiss on or before **December 14, 2009**;
3) Plaintiffs' Response to Motion to Dismiss is due on or before **January 13, 2010**; and
4) Defendants' Reply to Plaintiffs Response is due on or before **February 12, 2010**.

DATED: October 29, 2009