**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   09-cv-00752-CMA-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**   December 15, 2009 | **Courtroom Deputy:**   Linda Kahoe |

WILLIAM J. COHEN, *et al.*,   Brian Keith Matise
Christopher Lovell
Christopher McGrath

Plaintiffs,

v.

FISERV, INC., *et al.*,   Brian G. Eberle
John Michael Clear
Kenneth Barry Siegel

Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:   9:19 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of the case.

Mr. Matise states the Defendants will be filing a new Motion to Dismiss and that Judge Arguello has set a briefing schedule on that motion.

Mr. Siegel makes an oral motion to withdraw Defendant's Motion to Dismiss, doc #[11], filed 5/28/2009.

For the reasons as stated on the record, it is:

**ORDERED:**   Defendant's Motion to Dismiss, doc #[11] is **WITHDRAWN**.  Counsel shall coordinate a conference call and notify chambers within 72 hours of a ruling on the new Motion to Dismiss.

HEARING CONCLUDED.

**Court in recess:   9:25 a.m.**
Total time in court:   00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.