## **DECLARATION OF KENNETH B. SIEGEL – TABLE OF EXHIBITS**

| Ex. No. | Description |
|---|---|
| 1. | IRA Applications signed by each of the eight named Plaintiffs |
| 2. | IRA Contract for Plaintiff Anne Del Casino |
| 3. | Letter dated February 18, 2003 sent by the Trust Companies to Plaintiffs transmitting a notice of amendments to their IRA Contracts |
| 4. | IRA Statements sent to Plaintiff Anne Del Casino for the period from October 1, 2002 through September 30, 2005 |
| 5. | IRA Statements sent to Plaintiff Eleanor Cohen for the period from October 1, 1996 through December 31, 1997 |
| 6. | Account Statement Guides effective as of March 1999 and June 2001, respectively |
| 7. | Directions given by various named Plaintiffs to the Trust Companies to send the funds in their IRAs to Bernard Madoff ("Madoff") and his brokerage firm, Bernard L. Madoff Investment Securities LLC ("BMIS") |
| 8. | IRA Distribution Requests completed by various named Plaintiffs |
| 9. | Email sent by Plaintiff Stephanie Halio to the Honorable Denny Chin in the Madoff Criminal Case |
| 10. | First page of a letter sent by Plaintiff Eleanor Cohen to the Honorable Denny Chin in the Madoff Criminal Case |
| 11. | Trading Authorization Limited to Purchases and Sales of Securities and Options, Customer Agreement, and Option Agreement used by Madoff and BMIS |
| 12. | Brokerage Account Statements sent by BMIS to Plaintiff Eleanor Cohen for the period from December 1, 1996 through February 28, 1997 |
| 13. | Brokerage Account Statements sent by BMIS to Plaintiff William Cohen for the period from January 1 through February 29, 1996 |
| 14A. | Unpublished slip opinion issued in *Stevens v. First Trust Corp.*, No. 98CA2209 (Colo. Ct. App. Nov. 18, 1999) |

| | |
|---|---|
| 14B. | Unpublished slip opinion issued in *Makoto USA, Inc. v. Russell*, No. 08CA1372 (Colo. Ct. App. Nov. 25, 2009) |
| 15. | Unpublished slip opinion issued in *Tarquinio v. Equity Trust Co.*, No. 06CA008913 (Ohio Ct. App. June 29, 2007) |
| 16. | Madoff's Plea Allocution in the Madoff Criminal Case |
| 17. | Trade Confirmations issued by BMIS with respect to securities it represented were purchased for Plaintiff Donald Mandelbaum |
| 18. | Payment confirmations as well as Notices of Trustee's Determination of Claim concerning claims made by each of the named Plaintiffs pursuant to the Securities Investor Protection Act of 1970 |
| 19. | Ruling on Defendants' Motion to Dismiss issued in *Levinson v. PSCC Services, Inc.*, No. 3:09 cv 00269 (PCD) (D. Conn. Dec. 23, 2009) |
| 20. | Excerpts from the Form 10-Q publicly filed by Fiserv, Inc. on August 3, 2007, including Exhibits 2.1 and 2.2 (the TD Ameritrade Stock Purchase Agreement and Beriault Inc. Stock Purchase Agreement, respectively) |
| 21. | Excerpts from the Form 8-K publicly filed by Fiserv, Inc. on April 3, 2008, including Exhibit 2.1 (the Amended and Restated (Beriault Inc.) Stock Purchase Agreement) |
| 22. | Excerpts from the Form 8-K publicly filed by Fiserv, Inc. on April 21, 2009, including Exhibits 2.1 and 2.2 (the Second Amended and Restated (Beriault Inc.) Stock Purchase Agreement and the Asset Purchase Agreement between Fiserv Inc., Lincoln Trust Company (as seller) and Beriault Inc. (as buyer), respectively) |
| 23. | Record of the Colorado Dept. of Regulatory Agencies, Div. of Banking action approving the acquisition of assets of Trust Industrial Bank and a November 19, 2009 Order setting forth the terms of that approval |
| 24. | 401kwire.com Press Release, "A Recordkeeping Phoenix Rises in the West" (December 7, 2009) |