# EXHIBIT 1



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352 FP $co-hood to hap/ $ 35 wire fee

Please direct mail to:
P.O. Box [RETIREMENT ACCOUNTS, INC.]
Denver, CO 80217-3785

RECEIVED
SEP 27 2002
RETIREMENT ACCOUNTS, INC.

**Self-Directed Individual Retirement Account Application**
Adoption Agreement       5-6

### Establishment and Appointment

I, the undersigned Account Owner, hereby establish a Traditional Individual Retirement Account ("IRA") under the Retirement Accounts, Inc. ("RAI") IRA Plan and Trust Agreement which is incorporated within this Adoption Agreement by this reference. I designate Retirement Accounts, Inc. as Trustee of this IRA and make the following declarations.

**Account Owner Information** (please type or print)

Full Name  Anne Del Casino

Mailing Address _____

City/State/Zip _____

Home Telephone ( ___ ) _____

Business Telephone ( ___ ) _____

Social Security Number _____

Birth Date _____

### Your Beneficiary Designation

I designate the following persons as primary and contingent beneficiaries to receive my interest in this Traditional IRA according to the terms of the IRA Plan and Trust Agreement, hereby revoking any such prior designations made by me. (Attach additional sheets if necessary and indicate % for each beneficiary.)

1. Primary Beneficiary  Joseph F Jackson

Full Name  Joseph F Jackson

Mailing Address _____

City/State/Zip _____

Birth Date _____

Social Security Number _____

Relationship  Brother

Share %  100

### Consent of Spouse for Community Property Assets

The following must be completed only:

1. If the Account Owner is married and has designated any Primary Beneficiary other than his/her spouse; and

2. If the Account Owner's IRA includes or will include property in which his/her spouse possesses a community property interest or other type of property interest. (As of this printing the community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington and Wisconsin.)

I, the undersigned spouse of the Account Owner named above, hereby consent to and accept the beneficiary designation, without regard to whether I survive or predecease my spouse.

Signature of Spouse
X _____

Date  09-26-2002

2. Contingent Beneficiary (in case of death of primary beneficiary)

Full Name  Donald A Benjamin

Mailing Address _____

City/State/Zip _____

Birth Date _____

Social Security Number _____

Relationship  Husband

Share %  100

### Designated Representative Information

The following person is hereby appointed as my Designated Representative (D/R) for this Plan subject to the provisions contained in any applicable sections of the Instructions for the Traditional IRA Application.

D/R's Name  Bernard Madoff

Firm Name  Bernard Madoff Investments

Firm Address  885 3rd Ave

City/State/Zip  NY  NY  10022

© Retirement Accounts, Inc., 2002                    7 of 8                    RAI-1422 (rev. 1/02)

## Self-Directed Individual Retirement Account
### Application (continued)

D/R's Phone Number (    )

Broker/Dealer

Broker/Dealer's Address

City/State/Zip

### IRA Program Fee Schedule Selection

☒ Simple Fee Schedule
☐ Flexible Fee Schedule

Are you establishing an IRA-SEP?  ☐ Yes  ☐ No

### Cash Investment

I direct RAI to automatically deposit all contributions, rollovers, transfers, earnings and other cash into the FDIC-insured Peak Money Market Account. I understand that my cash is available whenever needed for other investments or withdrawals.

### Trade Authorization by Phone (TAP)

I have read the Trade Authorization by Phone (TAP) section of the Instructions to the Traditional IRA Application, and I direct RAI to honor transaction requests made by telephone, on behalf of my account, in accordance with that Authorization.

☒ Yes  ☐ No

*(If left blank, telephone trading requests will be accepted.)*

### Check Enclosure Summary
### (Contribution Description)

IRA Contribution for 20____ $

IRA Contribution for 20____ $

Employer SEP Contribution for 20____ $

Employer SEP Contribution for 20____ $

Cash Rollover Contribution  $

Establishment Fee*
($25 Simple, $50 Flexible)  $ 25

Annual Administration Fee
(Simple*: $58; Flexible:
.4% of asset value billed biannually)  $ 58

Total Enclosed *(Make checks payable to Retirement Accounts, Inc.)*  $ (83) ← x x y

(*) These fees must be paid at the time of application.

### Your Acknowledgement and Signature

I, the undersigned, hereby acknowledge that I have read and understand all of the terms and conditions of the Instructions and Fee Schedule, Self-Directed Traditional IRA Application/Adoption Agreement, IRA Plan and Trust Agreement and IRA Disclosure Statement (collectively, "Plan Documents") and that I have retained the Plan Documents including a copy of this completed Adoption Agreement. I further acknowledge that I understand and agree to the Arbitration Statement and the Trustee's IRA Fee Schedule that are part of the Plan Documents and consent to have my conversations with RAI recorded.

Account Owner's Signature
X  *[signature]*

Date  9/25/02

Please make a copy of this Application for your records.

---

Retirement Accounts, Inc. hereby accepts appointment as Trustee of this IRA.

Retirement Accounts, Inc. By: *[signature]*

Account Number *[To be completed by Trustee.]*

TAP ☒ Yes  ☐ No

---



**RETIREMENT ACCOUNTS, INC.**

Retirement Accounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please Direct ~~RETIREMENT ACCOUNTS~~ All ~~ELEMENT~~ ACCOUNTS, INC.
P.O. Box 173785
Denver, CO 80217-3785

RECEIVED
SEP 21 1998
RETIREMENT ACCOUNTS, INC.

**Self-Directed Individual Retirement Account Application**
Adoption Agreement

☐ Amendment

### Establishment and Appointment

I, the undersigned Participant ("Account Owner"), hereby establish an Individual Retirement Account ("IRA") under the Retirement Accounts, Inc. ("RAI") Individual Retirement Plan and Trust Agreement which is incorporated within this Adoption Agreement by this reference. I designate Retirement Accounts, Inc. as Trustee of this IRA and make the following declarations.

**Account Owner Information** (please type or print)

Full Name  ROCHELLE D. MANDELBAUM

Mailing Address _____

City/State/Zip _____

Telephone - Day ( ) _____

Telephone - Evening ( ) _____

Social Security Number _____

Birth Date _____

**Primary Beneficiary Designation**
(See Article VI of the IRA Plan and Trust Agreement)

Name  DONALD M. MANDELBAUM

Address _____

City/State/Zip _____

Date of Birth _____

Social Security # _____

Relationship  HUSBAND

**Contingent Beneficiary Designation**
(In case of death of Primary Beneficiary)

Name _____

Date of Birth _____

Social Security # _____

(Attach another sheet of paper to designate additional beneficiaries.)

### Trade Authorization by Phone (TAP)

I direct Retirement Accounts, Inc. to accept telephone trading requests on behalf of my account through its Trade Authorization by Phone (TAP) service:

☑ Yes          ☐ No

(If left blank, telephone trading requests will be accepted for mutual funds and/or other investments for which RAI will accept telephone authorizations.)

### Spousal Consent

(To be executed if Primary Beneficiary is other than spouse and IRA Account Owner is subject to laws of community property state.) I consent to the Beneficiary Designation given herein.

Spouse's Signature X _____

Date _____

**Designated Representative Information**
(See Article VII of the IRA Plan and Trust Agreement)

Representative's Name  BERNARD MADOFF

Firm Name  BERNARD MADOFF INVESTMENT SECURITIES

Firm Address  885 THIRD AVENUE

City/State/Zip  NY NY 10022

Representative's Phone Number ( 212 ) 230-2424

Broker/Dealer _____

Broker/Dealer's Address _____

City/State/Zip _____

FP 800 8000 800

(To be completed by Trustee)
TAP  ⊙ Yes    ☐ No

(Continue to the next page.)

© Retirement Accounts, Inc., 1998        5 of 6        RAI-1422 (rev. 7/98)

## Self-Directed Individual Retirement Account
## Application *(continued)*

### Cash Investment

The IRA Account Owner directs that any cash received by the Trustee be deposited automatically into the Peak Money Market Account, pending further investment direction.

### IRA Program Fee Schedule Selection

- ☒ Simple IRA
- ☐ Simple SEP-IRA
- ☐ Flexible IRA
- ☐ Flexible SEP-IRA

If you are establishing an IRA-SEP, are you the employer?

☐ Yes   ☐ No

### Check Enclosure Summary

| Item | Amount |
|---|---|
| IRA Contribution for 19___ | $ |
| IRA Contribution for 19___ | $ |
| Employer SEP Contribution for 19___ | $ |
| Employer SEP Contribution for 19___ | $ |
| Cash Rollover Contribution *TO FOLLOW* | |
| Establishment Fee* ($25 Simple, $50 Flexible) | $ 25 |
| Annual Administration Fee (Simple*: $58; Flexible: .4% of asset value billed biannually) | $ 58 |
| Total Enclosed (Make checks payable to "Retirement Accounts, Inc.") | $ 83 |

*These fees must be paid at time of application.*

### Your Acknowledgment and Signature

Having read all pages of this application, the Plan and Trust Agreement and the Disclosure Statement, I understand and agree:

- To manage the investment of this IRA pursuant to the provisions of the IRA Plan and Trust Agreement.
- To the Arbitration Agreement (stated herein).
- That, unless I answered NO to telephone authorization (the TAP service), I have authorized Retirement Accounts, Inc. to honor telephone transaction requests for my account. I understand and agree that Retirement Accounts, Inc. is not responsible for determining whether or not a caller is authorized other than verifying that such caller is using the proper identifying number for my account. I understand and agree that neither Retirement Accounts, Inc. nor its agents will be responsible for unauthorized trades in my account.
- That Retirement Accounts, Inc. has installed automatic telephone recording equipment on all telephone lines used by Customer Service Representatives who handle trading processing and client inquiries and I give Retirement Accounts, Inc. consent to record and play back such calls.
- That I have received and accept the Trustee's fee schedule.

In witness whereof, I evidence adoption of the IRA by execution of this Adoption Agreement on the date below.

Account Owner's Signature X *[signature]*

Date 9/16/99

Retirement Accounts, Inc. hereby accepts appointment as Trustee of this IRA.

Retirement Account *[signature]*

Account Number *(RAI will complete)*

### Valuation Reporting Policy

Each account statement you receive shows the reported value of your assets, all transactions that have taken place and all fees that have been charged. RAI reports the value of account securities as accurately as possible using the resources available to us. The prices listed on your RAI account statement may differ slightly from the values listed on your brokerage account or other investment sponsor statements. RAI cannot guarantee the accuracy of prices obtained from quotation services, nor the length of availability of such prices. Assets marked N/A indicate that a current price was not available at the time of valuation, or that the security had no value. Illiquid assets (such as limited partnerships and private stock) are generally reflected at original offering cost to investors unless we receive written notification verifying a new "fair market value" from an officer representing the investment.

Note: Retirement Accounts, Inc. does not conduct appraisals of investments, and it does not seek to verify any values reported to it by officers representing the investments. You should refer to reports received from the general partner, corporate issuer or sponsor (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The account statement (and reported value therein) should not be used as a basis for making, retaining or disposing of an investment. Please contact your Designated Representative with additional questions.

### Arbitration Statement

The Account Owner hereby agrees that all claims and disputes of every type and matter which may arise between the Account Owner and Retirement Accounts, Inc. shall be submitted to binding arbitration pursuant to the Commercial Arbitration rules of the American Arbitration Association, that such arbitration proceedings and hearings shall take place only in Denver, Colorado; and that, to the extent not preempted by federal law, Colorado statutory law (including without limitation the statutes governing the award of damages in arbitration) and Colorado common law shall control during arbitration. The Account Owner expressly waives any right he/she may have to institute or conduct litigation or arbitration in any other forum or location, or before any other body, whether individually, representatively or in another capacity. Arbitration is final and binding on the parties. An award rendered by the arbitrator(s) may be entered in any court having jurisdiction over the parties. Under the rules of the American Arbitration Association, there may be no right to prearbitration discovery, including depositions or written questions and document production. The arbitrator's award is not required to include factual findings or legal reasoning, and any party's right to appeal or seek modification of rulings by the arbitrator(s) is strictly limited.



**RETIREMENT ACCOUNTS, INC.**

RECEIVED SEP 21 1999

Retirement Acounts, Inc.
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
1-800-325-4352

Please mail to: RETIREMENT ACCOUNTS, INC.
P.O. Box 173785
Denver, CO 80217-3785

## Self-Directed Individual Retirement Account Application
Adoption Agreement

☐ Amendment

### Establishment and Appointment

I, the undersigned Participant ("Account Owner"), hereby establish an Individual Retirement Account ("IRA") under the Retirement Accounts, Inc. ("RAI") Individual Retirement Plan and Trust Agreement which is incorporated within this Adoption Agreement by this reference. I designate Retirement Accounts, Inc. as Trustee of this IRA and make the following declarations.

### Account Owner Information (please type or print)

Full Name  DONALD M. MANDELBAUM

Mailing Address ___

City/State/Zip ___

Telephone - Day ( ) ___

Telephone - Evening ( ) ___

Social Security Number ___

Birth Date ___

### Primary Beneficiary Designation
(See Article VI of the IRA Plan and Trust Agreement)

Name  ROCHELLE D. MANDELBAUM

Address ___

City/State/Zip ___

Date of Birth ___

Social Security # ___

Relationship  WIFE

### Contingent Beneficiary Designation
(In case of death of Primary Beneficiary)

Name ___

Date of Birth ___

Social Security # ___

(Attach another sheet of paper to designate additional beneficiaries.)

### Trade Authorization by Phone (TAP)

I direct Retirement Accounts, Inc. to accept telephone trading requests on behalf of my account through its Trade Authorization by Phone (TAP) service:

☒ Yes     ☐ No

(If left blank, telephone trading requests will be accepted for mutual funds and/or other investments for which RAI will accept telephone authorizations.)

### Spousal Consent

(To be executed if Primary Beneficiary is other than spouse and IRA Account Owner is subject to laws of community property state.) I consent to the Beneficiary Designation given herein.

Spouse's Signature X ___

Date ___

### Designated Representative Information
(See Article VII of the IRA Plan and Trust Agreement.)

Representative's Name  BERNARD MADOFF

Firm Name  BERNARD MADOFF INVESTMENT SECURITIES

Firm Address  885 THIRD AVENUE

City/State/Zip  NY, NY 10022

Representative's Phone Number ( 212 ) 230-2424

Broker/Dealer ___

Broker/Dealer's Address ___

City/State/Zip ___

FP 800 8000 800

(To be completed by Trustee.)
TAP    ☐ Yes    ☐ No

(Continue to the next page.)

© Retirement Accounts, Inc., 1998        5 of 6        RAI-1422 (rev. 7/98)

## Self-Directed Individual Retirement Account
### Application *(continued)*

**Cash Investment**

The IRA Account Owner directs that any cash received by the Trustee be deposited automatically into the Peak Money Market Account, pending further investment direction.

**IRA Program Fee Schedule Selection**

- ☒ Simple IRA
- ☐ Simple SEP-IRA
- ☐ Flexible IRA
- ☐ Flexible SEP-IRA

If you are establishing an IRA-SEP, are you the employer?

☐ Yes   ☐ No

**Check Enclosure Summary**

| | |
|---|---|
| IRA Contribution for 19____ | $ |
| IRA Contribution for 19____ | $ |
| Employer SEP Contribution for 19____ | $ |
| Employer SEP Contribution for 19____ | $ |
| Cash Rollover Contribution TO FOLLOW | $ |
| Establishment Fee* ($25 Simple, $50 Flexible) | $ 25 |
| Annual Administration Fee (Simple*: $58; Flexible: .4% of asset value billed biannually) | $ 58 |
| Total Enclosed (Make checks payable to "Retirement Accounts, Inc.") | $ 83 |

*These fees must be paid at time of application.

**Your Acknowledgment and Signature**

Having read all pages of this application, the Plan and Trust Agreement and the Disclosure Statement, I understand and agree:

- To manage the investment of this IRA pursuant to the provisions of the IRA Plan and Trust Agreement.
- To the Arbitration Agreement (stated herein).
- That, unless I answered NO to telephone authorization (the TAP service), I have authorized Retirement Accounts, Inc. to honor telephone transaction requests for my account. I understand and agree that Retirement Accounts, Inc. is not responsible for determining whether or not a caller is authorized other than verifying that such caller is using the proper identifying number for my account. I understand and agree that neither Retirement Accounts, Inc. nor its agents will be responsible for unauthorized trades in my account.
- That Retirement Accounts, Inc. has installed automatic telephone recording equipment on all telephone lines used by Customer Service Representatives who handle trading processing and client inquiries and I give Retirement Accounts, Inc. consent to record and play back such calls.
- That I have received and accept the Trustee's fee schedule.

In witness whereof, I evidence adoption of the IRA by execution of this Adoption Agreement on the date below.

Account Owner's Signature X _[signature]_

Date 9/16/99

Retirement Accounts, Inc. hereby accepts appointment as Trustee of this IRA.

Retirement Accounts, _[signature]_

Account Number (RAI will complete)

**Valuation Reporting Policy**

Each account statement you receive shows the reported value of your assets, all transactions that have taken place and all fees that have been charged. RAI reports the value of account securities as accurately as possible using the resources available to us. The prices listed on your RAI account statement may differ slightly from the values listed on your brokerage account or other investment sponsor statements. RAI cannot guarantee the accuracy of prices obtained from quotation services, nor the length of availability of such prices. Assets marked N/A indicate that a current price was not available at the time of valuation, or that the security had no value. Illiquid assets (such as limited partnerships and private stock) are generally reflected at original offering cost to investors unless we receive written notification verifying a new "fair market value" from an officer representing the investment.

Note: Retirement Accounts, Inc. does not conduct appraisals of investments, and it does not seek to verify any values reported to it by officers representing the investments. You should refer to reports received from the general partner, corporate issuer or sponsor (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The account statement (and reported value therein) should not be used as a basis for making, retaining or disposing of an investment. Please contact your Designated Representative with additional questions.

**Arbitration Statement**

The Account Owner hereby agrees that all claims and disputes of every type and matter which may arise between the Account Owner and Retirement Accounts, Inc. shall be submitted to binding arbitration pursuant to the Commercial Arbitration rules of the American Arbitration Association, that such arbitration proceedings and hearings shall take place only in Denver, Colorado; and that, to the extent not preempted by federal law, Colorado statutory law (including without limitation the statutes governing the award of damages in arbitration) and Colorado common law shall control during arbitration. The Account Owner expressly waives any right he/she may have to institute or conduct litigation or arbitration in any other forum or location, or before any other body, whether individually, representatively or in another capacity. Arbitration is final and binding on the parties. An award rendered by the arbitrator(s) may be entered in any court having jurisdiction over the parties. Under the rules of the American Arbitration Association, there may be no right to prearbitration discovery, including depositions or written questions and document production. The arbitrator's award is not required to include factual findings or legal reasoning, and any party's right to appeal or seek modification of rulings by the arbitrator(s) is strictly limited.

JUL-17-95 19:13 FROM·RETIREMENT ACCOUNTS INC    ID:4077405148    PAGE 18/35

53 15599 3/3/2009027

**RETIREMENT ACCOUNTS**
A Fiserv Company
Post Office Box 3017, Winter Park, Florida 32790-3017, 1-800-325-4352

4/30/0

## Self-Directed Individual Retirement Custodial Account Application    ☐ Amendment

Under Section 408(a) of the Internal Revenue Code Form 5305-A
(Rev. October 1992) Department of the Treasury Internal Revenue Service
- DO NOT FILE - with the Internal Revenue Service. RAI Version 1994.1

### Depositor's Information

Name: **Eleanor P. Cohen**

Address: ___

City/State/Zip: ___

Date of Birth: ___    Soc. Sec. #: ___

Day Phone (    )    Evening Phone (    )

### Custodian's Information

Peak Retirement Co.
c/o Retirement Accounts, Inc.
Post Office Box 3017, 663 Harold Avenue
Winter Park, FL 32790-3017

### Beneficiary Designation (Primary)

Name: **William Jay Cohen**

Address: ___

City/State/Zip: ___

Date of Birth: ___    Soc. Sec. #: ___

Relationship: **Husband**

### Beneficiary Designation (Secondary)    Revocable

Name: **The Eleanor P. Cohen Trust    Nov 14 1987**

Date of Birth: ___    Soc. Sec. #: ___

(Attach another sheet of paper to designate additional beneficiaries.)

### Spousal Consent

(To be executed if Primary Beneficiary is other than spouse and Depositor is subject to laws of community property state.) I consent to the above Beneficiary Designation.

Spouse's Signature: X

Date: ___

### Representative Designation (Please see Article VIII)

Representative's Name: ___

Firm Name: ___

Firm Address: ___

City/State/Zip: ___

Broker/Dealer: ___

Broker/Dealer's Address: ___

City/State/Zip: ___

Representative's Phone Number (    )

### Initial Investment Instructions

The Depositor hereby instructs the Custodian to make the following investment(s). (Include description, dollar amount, and all special instructions.)

___

### Standing Investment Instructions (Optional; select one if desired)

☐ A. The Depositor hereby authorizes the Custodian to make subsequent investments by using all incoming cash received by the Custodian to purchase the following investment:

Full Name of Investment: **Bennett L Manor**

Investment Sponsor Name: ___

Address: **885 Third Avenue**

City/State/Zip: **New York, N.Y. 100__**

Special Instructions: ___

(Please continue to the next page.)

© Copyright Peak Retirement Co., 1995    3 of 11    RAI-1402 1/95

S3 15599 3/3/2009028

-17-95 18:13 FROM:RETIREMENT ACCOUNTS INC   ID:4077406148   PAGE 28/36

## Self-Directed Individual Retirement Custodial Account
### Application ( *continued* )

**Standing Investment Instructions** *(continued)*

☐ B. The Depositor hereby authorizes the Custodian to direct all in-coming cash to the brokerage account maintained on behalf of this custodial account by the Representative designated on this form.

Brokerage Account Number _Account to be opened_

**Cash Investment**

The Depositor directs that any cash received by the Custodian be deposited automatically into the Peak Money Market Account, pending further investment direction.

**IRA Program Selection**

☐ Limited IRA            ☐ Limited SEP-IRA
☑ Simple IRA             ☐ Simple SEP-IRA
☐ Flexible IRA           ☐ Flexible SEP-IRA

**Check Enclosure Summary**

| | |
|---|---|
| IRA Contribution for 19___ | $ |
| IRA Contribution for 19___ | $ |
| SEP Contribution for 19___ | $ |
| SEP Contribution for 19___ | $ |
| Cash Rollover Contribution | $ |
| Establishment Fee* ($15 Limited, $25 Simple, $50 Flexible) | $ 25.00 |
| Annual Administration Fee* ($32.50 Limited, $58 Simple) | $ 58.00 |
| Total Enclosed (Make checks payable to "Retirement Accounts, Inc.") | $ 83.00 |

*These fees must be paid at time of application.

**Acknowledgement and Signature**

- The Depositor whose name appears above is establishing an Individual Retirement Account under Section 408(a) to provide for his or her retirement and for the support of his or her beneficiaries after death.
- The Custodian named above has given the Depositor the Disclosure Statement required under IRC Regulations Section 1.408-6.
- The Depositor has assigned the custodial account the amount designated above.
- The Depositor and the Custodian agree to the Articles set forth in this document.



Depositor's Signature X

Custodian's Signature _C. Jutt_

Date Established 7/17/95

Witness (if required)

JUL-17-89 16:12 FROM:RETIREMENT ACCOUNTS INC ID:4077405148 PAGE 17/35

**RETIREMENT ACCOUNTS** 4/30/09
*A Rocv Company*
Post Office Box 3017, Winter Park, Florida 32790-3017, 1-800-325-4352

**Self-Directed Individual Retirement Custodial Account Application** ☐ Amendment

Under Section 408(a) of the Internal Revenue Code Form 5305-A (Rev. October 1992) Department of the Treasury Internal Revenue Service - DO NOT FILE - with the Internal Revenue Service. RAI Version 1994.1

**Depositor's Information**

Name: WILLIAM JAY COHEN
Address:
City/State/Zip:
Date of Birth:
Soc. Sec. #:
Day Phone ( )
Evening Phone ( )

**Custodian's Information**

Peak Retirement Co.
c/o Retirement Accounts, Inc.
Post Office Box 3017, 653 Harold Avenue
Winter Park, FL 32790-3017

**Beneficiary Designation (Primary)**

Name: ELEANOR P. COHEN
Address:
City/State/Zip:
Date of Birth:
Soc. Sec. #:
Relationship: Wife

**Beneficiary Designation (Secondary)**

Name: THE WILLIAM JAY COHEN REVOCABLE TRUST
Date of Birth:
Soc. Sec. #: NOV-14 1989

*(Attach another sheet of paper to designate additional beneficiaries.)*

**Spousal Consent**

*(To be executed if Primary Beneficiary is other than spouse and Depositor is subject to laws of community property state.) I consent to the above Beneficiary Designation.*

Spouse's Signature: X
Date:

**Representative Designation** *(Please see Article VIII.)*

Representative's Name:
Firm Name:
Firm Address:
City/State/Zip:
Broker/Dealer:
Broker/Dealer's Address:
City/State/Zip:
Representative's Phone Number ( )

**Initial Investment Instructions**

The Depositor hereby instructs the Custodian to make the following investment(s). *(Include description, dollar amount, and all special instructions.)*

**Standing Investment Instructions** *(Optional; select one if desired.)*

☐ A. The Depositor hereby authorizes the Custodian to make subsequent investments by using all incoming cash received by the Custodian to purchase the following investment:

Full Name of Investment: BERNARD L. MADOFF
Investment Sponsor Name:
Address: 885 Third Ave
City/State/Zip: NY NY 10022
Special Instructions:

*(Please continue to the next page.)*

© Copyright, Peak Retirement Co., 1995    3 of 11    RAI-1422 1/95

JUL-17-95 16:12 FROM:RETIREMENT ACCOUNTS INC    ID:4077405149    PAGE 18/35

## Self-Directed Individual Retirement Custodial Account
### Application (continued)

**Standing Investment Instructions (continued)**

☐ B. The Depositor hereby authorizes the Custodian to direct all in-coming cash to the brokerage account maintained on behalf of this custodial account by the Representative designated on this form.

Brokerage Account Number _Clement & Dennis_

**Cash Investment**

The Depositor directs that any cash received by the Custodian be deposited automatically into the Peak Money Market Account, pending further investment direction.

**IRA Program Selection**

☐ Limited IRA          ☐ Limited SEP-IRA
☒ Simple IRA           ☐ Simple SEP-IRA
☐ Flexible IRA         ☐ Flexible SEP-IRA

**Check Enclosure Summary**

| | |
|---|---|
| IRA Contribution for 19___ | $ |
| IRA Contribution for 19___ | $ |
| SEP Contribution for 19___ | $ |
| SEP Contribution for 19___ | $ |
| Cash Rollover Contribution | $ |
| Establishment Fee* ($15 Limited, $25 Simple, $50 Flexible) | $ 25.00 |
| Annual Administration Fee* ($32.50 Limited, $58 Simple) | $ 58.00 |
| Total Enclosed (Make checks payable to "Retirement Accounts, Inc.") | $ 83.00 |

*These fees must be paid at time of application.

**Acknowledgement and Signature**

• The Depositor whose name appears above is establishing an Individual Retirement Account under Section 408(a) to provide for his or her retirement and for the support of his or her beneficiaries after death.

• The Custodian named above has given the Depositor the Disclosure Statement required under IRC Regulations Section 1.408-6.

• The Depositor has assigned the custodial account the amount designated above.

• The Depositor and the Custodian agree to the Articles set forth in this document.

Depositor's Signature X _William [signature]_

Custodian's Signature _C. [signature]_

Date Established _7/17/95_

Witness (if required)

# RETIREMENT ACCOUNTS, INC.

Post Office Box 3017 Winter Park, Florida 32790 Telephone 305-644-2002
In Florida 1-800-432-1268 Outside Florida 1-800-325-4352

# INDIVIDUAL RETIREMENT ACCOUNT APPLICATION

( ) (26849)
ACCT. #—INTERNAL USE ONLY

## GENERAL INFORMATION AND INSTRUCTIONS

Thank you very much for your interest in establishing a self-directed Individual Retirement Account with Retirement Accounts, Inc. Only RAI provides you with so much flexibility - allowing you the opportunity to broaden your retirement portfolio to attain maximum growth.

In order to establish your new account with RAI, you need to fill out this form and return it to us. The different sections of this form are briefly described below.

*Please be sure to complete all shaded areas on this form.*

## IRA APPLICATION

This section asks the basic information required to establish your plan. **You are the "GRANTOR".**

## INVESTMENT DIRECTION

This tells us how to invest your money. It also specifies where your uninvested cash should be deposited.

## IRS FORM 5305

This is required by the IRS. It is used to establish your IRA plan and to name Retirement Accounts, Inc., as the trustee of the funds invested. We will complete the front side from the information provided on the application. Please read the entire document and sign where indicated on the back side. You are the "Grantor" and we are the "Trustee".

## DISCLOSURE STATEMENT

We use this to explain what you should know about your IRA and is a general review of the federal tax law applicable to it. Please read it carefully. KEEP THIS FOR YOUR RECORDS.

PLEASE complete the information requested in each section. If this is a transfer or a rollover from an existing plan please complete our separate TRANSFER/ROLLOVER CONTRIBUTION FORM. Make copies of all forms for yourself and send the originals to us. Forms that are incomplete may delay the establishment of your IRA. If you have any questions, please call us at the appropriate phone number listed below.

Once again, thank you for choosing RAI!

## IRA APPLICATION

### INFORMATION ABOUT YOU

Name **ROBERT HALIO**
Address ____
City ____ County ____ State ____ Zip ____
Date of Birth ____ Soc.Sec.# ____
Home Phone ____ Bus. Phone ____

### BENEFICIARY DESIGNATION - Primary
Name **STEPHANIE HALIO** Date of Birth ____
Soc.Sec.# ____ Relationship **WIFE**
Address **SAME**
City ____ State ____ Zip ____

### BENEFICIARY DESIGNATION - Secondary
Name **JASON HALIO**

### INITIAL CONTRIBUTION
Please make all checks payable to Retirement Accounts, Inc. Remember that all regular contributions must be received on or before the Federal Income Tax Return due date (excluding extensions).

Please open a:
- ☐ Target IRA
- ☒ Simple IRA
- ☐ Flexible IRA
- ☐ Target SEP IRA
- ☐ Simple SEP IRA
- ☐ Flexible SEP IRA

Rollover Contribution ____ $ ____
Regular Contribution for 19__ $ ____
Regular Contribution for 19__ $ ____
SEP Contribution for 19__ $ ____
SEP Contribution for 19__ $ ____

*Establishment Fee $ ____
($15 Target, $25 Simple, $50 Flexible IRA)

*Annual Administration Fee $ ____
($25 Target, $42.50 Simple) **47.50**

*These Fees must be paid at time of application.

TOTAL ENCLOSED $ ____

**SPOUSAL CONSENT**—To Be Executed by Spouse if Primary Beneficiary is Other than Spouse and Grantor is Subject to Laws of Community Property State.

**I CONSENT TO THE ABOVE BENEFICIARY DESIGNATION.**

_____
Spouse's Signature          Date

In Florida 1-800-432-1268 • Outside Florida 1-800-325-4352

Retirement Accounts, Inc. is a wholly-owned subsidiary of Orange County Banking Corporation, a registered bank holding company.

© 1987, Retirement Accounts, Inc.

# YOUR INSTRUCTIONS TO US

## Representative Authorization

This tells us who your authorized representative (broker, financial planner) is and gives us permission to accept investment instructions from your authorized representative.

I hereby appoint the following authorized representative as my broker of record. Transactions will be performed under my direction in accordance with the terms of the agreement by which my account is maintained.

| Representative | Phone Number | Firm Name |
|---|---|---|
| Street Address or P.O. Box Number | City | State | Zip |

Representative Code No. _____  Institution _____

## Investment Direction

I hereby authorize the Trustee to make the following investment(s):

| Limited Partnerships | Total Dollar Amount | B = Buy / S = Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

| Mutual Funds | Total Dollar Amount | B = Buy / S = Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

| Other | Total Dollar Amount | B = Buy / S = Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

Total IRA Investment  $ _____

### Instructions For Idle Cash

RAI will automatically deposit your idle cash with the Money Market Fund or firm of your choice. Any cash held without specific investment instructions will be automatically deposited into an Orange Bank Money Market Account.

☐ I direct Retirement Accounts, Inc., to deposit all idle cash into a Money Market Account with Orange Bank (FDIC insured to $100,000.00). ACSNY

☐ I direct Retirement Accounts, Inc., to send all idle cash to the following:

Institution Name: **ATLANTIC CAPITAL SERVICES, INC**

Account Type: _____  Phone Number: _____

Street Address or P.O. Box Number: _____

City: _____  State: _____  Zip: _____

Special Instructions: **REINVEST EARNINGS**

---

I acknowledge receipt of my IRA New Account Application containing the plan, disclosure statement, and current fee schedule before signing this application. I have read the plan and understand that Retirement Accounts, Inc., has no discretionary investment responsibility with respect to the assets held in my account under the plan and that Retirement Accounts, Inc., will invest and reinvest the assets in my account only on my direction. I understand that the adoption of the plan has significant federal and state tax ramifications and I should consult with an attorney, accountant or tax advisor in this regard.

I hereby verify that I have received and read all pertinent information relating to these investment(s) (i.e. prospectus, offering circular, investment agreement, etc.) and that I meet the suitability requirements of the offering(s) indicated. I further attest that this investment does not constitute a prohibited transaction as defined in the Internal Revenue Code Section 4975.

X [signature]      Date: 3/11/03
Your Signature

i3 18738 3/18/2009122

# RETIREMENT ACCOUNTS, INC.

Post Office Box 3017 Winter Park, Florida 32790   Telephone 305-644-2002
In Florida 1-800-432-1268   Outside Florida 1-800-325-4352

# INDIVIDUAL RETIREMENT ACCOUNT APPLICATION

) ( 26848
ACCT. #—INTERNAL USE ONLY

## GENERAL INFORMATION AND INSTRUCTIONS

Thank you very much for your interest in establishing a self-directed Individual Retirement Account with Retirement Accounts, Inc. Only RAI provides you with so much flexibility - allowing you the opportunity to broaden your retirement portfolio to attain maximum growth.

In order to establish your new account with RAI, you need to fill out this form and return it to us. The different sections of this form are briefly described below.

*Please be sure to complete all shaded areas on this form.*

### IRA APPLICATION

This section asks the basic information required to establish your plan. *You are the "GRANTOR".*

### INVESTMENT DIRECTION

This tells us how to invest your money. It also specifies where your uninvested cash should be deposited.

## IRS FORM 5305

This is required by the IRS. It is used to establish your IRA plan and to name Retirement Accounts, Inc., as the trustee of the funds invested. We will complete the front side from the information provided on the application. Please read the entire document and sign where indicated on the back side. You are the "Grantor" and we are the "Trustee".

### DISCLOSURE STATEMENT

We use this to explain what you should know about your IRA and is a general review of the federal tax law applicable to it. Please read it carefully. KEEP THIS FOR YOUR RECORDS.

PLEASE complete the information requested in each section. If this is a transfer or a rollover from an existing plan please complete our separate TRANSFER/ROLLOVER CONTRIBUTION FORM. Make copies of all forms for yourself and send the originals to us. Forms that are incomplete may delay the establishment of your IRA. If you have any questions, please call us at the appropriate phone number listed below.

Once again, thank you for choosing RAI!

i3 18738 3/18/2009122

## IRA APPLICATION

### INFORMATION ABOUT YOU

Name **STEPHANIE HALID**
Address _____
City _____ County _____ State _____ Zip _____
Date of Birth _____ Soc.Sec.# _____
Home Phone _____ Bus. Phone _____/_____

### BENEFICIARY DESIGNATION · Primary

Name **ROBERT HALID** Date of Birth _____
Soc.Sec.# _____ Relationship **HUSBAND**
Address _____ **SAME**
City _____ State _____ Zip _____

### BENEFICIARY DESIGNATION · Secondary

Name **JASON HALID**

INITIAL CONTRIBUTION — Please make all checks payable to Retirement Accounts, Inc. Remember that all regular contributions must be received on or before the Federal Income Tax Return due date (excluding extensions).

Please open a:
☐ Target IRA           ☐ Target SEP IRA
☒ Simple IRA           ☐ Simple SEP IRA
☐ Flexible IRA         ☐ Flexible SEP IRA

Rollover Contribution _____ $ _____
Regular Contribution for 19___ $ _____
Regular Contribution for 19___ $ _____
SEP Contribution for 19___ $ _____
SEP Contribution for 19___ $ _____

*Establishment Fee                                $ _____
($15 Target, $25 Simple, $50 Flexible IRA)

*Annual Administration Fee                       $ 40 7450
($25 Target, $42.50 Simple)  47.50
*These Fees must be paid at time of application.

TOTAL ENCLOSED                                    $ _____

SPOUSAL CONSENT—To Be Executed by Spouse If Primary Beneficiary is Other than Spouse and Grantor is Subject to Laws of Community Property State.

**I CONSENT TO THE ABOVE BENEFICIARY DESIGNATION.**

_____   _____
Spouse's Signature                  Date

In Florida 1-800-432-1268 • Outside Florida 1-800-325-4352

Retirement Accounts, Inc. is a wholly-owned subsidiary of Orange County Banking Corporation, a registered bank holding company.

© 1987, Retirement Accounts, Inc.

i3 18738 3/18/2009123

# YOUR INSTRUCTIONS TO US

### Representative Authorization

This tells us who your authorized representative (broker, financial planner) is and gives us permission to accept investment instructions from your authorized representative.

I hereby appoint the following authorized representative as my broker of record. Transactions will be performed under my direction in accordance with the terms of the agreement by which my account is maintained.

_____  _____  _____
Representative            Phone Number              Firm Name

_____  _____  _____  _____
Street Address or P.O. Box Number   City         State    Zip

Representative Code No. _____    Institution _____

### Investment Direction

I hereby authorize the Trustee to make the following investment(s):

| Limited Partnerships | Total Dollar Amount | B=Buy S=Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

**Instructions For Idle Cash**

RAI will automatically deposit your idle cash with the Money Market Fund or firm of your choice. Any cash held without specific investment instructions will be automatically deposited into an Orange Bank Money Market Account.

☐ I direct Retirement Accounts, Inc., to deposit all idle cash into a Money Market Account with Orange Bank (FDIC insured to $100,000.00).

☒ I direct Retirement Accounts, Inc., to send all idle cash to the following:

ATLANTIC CAPITAL SERVICES, INC.
Institution Name

| Mutual Funds | Total Dollar Amount | B=Buy S=Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |

_____  _____
Account Type     Phone Number

Street Address or P.O. Box Number

_____  _____  _____
City     State    Zip

Special Instructions: REINVEST EARNINGS

| Other | Total Dollar Amount | B=Buy S=Sell |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |

Total IRA Investment $_____

S3 18738 3/18/2009123

---

I acknowledge receipt of my IRA New Account Application containing the plan, disclosure statement, and current fee schedule before signing this application. I have read the plan and understand that Retirement Accounts, Inc., has no discretionary investment responsibility with respect to the assets held in my account under the plan and that Retirement Accounts, Inc., will invest and reinvest the assets in my account only on my direction. I understand that the adoption of the plan has significant federal and state tax ramifications and I should consult with an attorney, accountant or tax advisor in this regard.

I hereby verify that I have received and read all pertinent information relating to these investment(s) (i.e. prospectus, offering circular, investment agreement, etc.) and that I meet the suitability requirements of the offering(s) indicated. I further attest that this investment does not constitute a prohibited transaction as defined in the Internal Revenue Code Section 4975.

X _Stephanie Halio_   3/1/88
Your Signature         Date

FROM :KAYGEE STUDIOS          FAX NO. :14135259830          Aug. 05 2008 12:10PM P2

(SK)



# Traditional IRA Application
# With Stretch Provisions

717 17th Street, Suite 1700
Denver, Colorado 80202-3331
Toll Free: 1-800-982-4238

Direct IRA mail to:
P.O. Box 173859
Denver, CO 80217-3859

**Important Information
about Procedures for Opening a New Account**

NOTE: Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

### ESTABLISHMENT AND APPOINTMENT

I, the undersigned Participant ("Account Owner") hereby establish an Individual Retirement Account ("IRA") under the IRA Plan and Trust Agreement which is incorporated within this application by this reference. I designate Trust Industrial Bank as Trustee of this IRA and make the following declarations.

*(Please complete, sign and return this Application with your contribution and applicable fees. Be sure to keep a copy for your records. Please print or type. All fields must be completed. If not applicable, please indicate by printing "N/A" or "None" where appropriate.)*

### ACCOUNT OWNER INFORMATION

Full Name  GIUSEPPE  P. SANTANIELLO

Social Security Number

Birth Date

Mailing Address

City/State/ZIP

Residence Address *(if different from mailing address)*

City/State/ZIP

Home Telephone (     )

Business Telephone (     )

E-Mail Address

### PLAN INFORMATION

*(check the appropriate box)*

☐ IRA
☑ IRA Rollover
☐ Simplified Employee Pension (SEP) IRA
   *(Your employer must have adopted and signed a SEP IRA plan document.)*

**CHECK ENCLOSURE SUMMARY** (Contribution Description)

| | |
|---|---|
| IRA Contribution for 20____ | $ _____ |
| IRA Contribution for 20____ | $ _____ |
| Employer SEP Contribution | $ _____ |
| Cash Rollover Contribution | $ _____ |
| Annual Administration Fee* | $ _____ |
| Total Enclosed | $ _____ |

*(make checks payable to Trust Industrial Bank)*

* This fee must be paid at the time of application.
Refer to enclosed Fee Schedules for correct amounts.

### CASH INVESTMENT

I direct Trust Industrial Bank to automatically deposit all cash contributions, rollovers, transfers, earnings and other cash into the FDIC-insured Trust Industrial Bank savings account. I understand that my cash is available whenever needed for other investments or withdrawals. However, should conditions warrant, Trust Industrial Bank may require me to give not less than seven days' notice of my intention to withdraw funds from my IRA. Trust Industrial Bank is an FDIC insured institution.

NOTE: Unfunded accounts and accounts with zero value continue to incur administration and maintenance fees. An account will be charged fees for the entire calendar year during which it is open. If you plan to make a cash and/or noncash transfer, rollover or conversion to this IRA, please complete an "IRA Transfer/Rollover Request" form from page 17.

### BENEFICIARY DESIGNATION

I hereby designate the persons named herein as primary and contingent beneficiaries to receive my interest in this IRA according to the terms of the IRA Plan and Trust Agreement, hereby revoking any such prior designations made by me. *(Attach additional sheets if necessary.)*

I understand that, under the terms of the Traditional IRA Plan and Trust Agreement, upon my death, my surviving Primary Beneficiary(ies) each will be entitled to name their own beneficiary(ies) for any IRA assets to which each such Primary Beneficiary became entitled upon my death, that remain in the IRA upon the death of such Primary Beneficiary(ies). If any Primary Beneficiary dies before my death, the IRA will pass upon my death to my remaining Primary Beneficiary(ies), if any, based on their proportional interests as specified below. If all of my Primary Beneficiaries die before my death, the IRA will pass to the Contingent Beneficiary(ies) named below.

© Fiserv Investment Support Services, 2008. Trust and Custodial Services provided by Trust Industrial Bank, member FDIC.          IRA-5142 (7/08)
INVESTMENT PRODUCTS: NOT FDIC INSURED · NO BANK GUARANTEE · MAY LOSE VALUE

page 11 of 38

FROM : KAYGEE STUDIOS          FAX NO. :14135259830          Aug. 05 2009 01:01PM P1

## IRA Application With Stretch Provisions *(continued)*

...al percentage for each level of beneficiary, both primary ...contingent, must equal 100%. If your beneficiary designation ...quest for each level of beneficiary does not total 100%, Trust Industrial Bank will correct any excess or short-fall percentage allocation by applying the ratio of the percentage actually allocated among the beneficiaries at each level.

**PRIMARY BENEFICIARY(IES)**

Name  GINA SANTANIELLO

Date of Birth _____

Percentage  100 %

Relationship _____

Social Security Number *(required)* _____

Address _____

City/State/ZIP _____

Name _____

Date of Birth _____

Percentage ___ %

Relationship _____

Social Security Number *(required)* _____

Address _____

City/State/ZIP _____

**CONTINGENT BENEFICIARY(IES)**
*(in case of death of primary beneficiary)*

Name _____

Date of Birth _____

Percentage ___ %

Relationship _____

Social Security Number *(required)* _____

Address _____

City/State/ZIP _____

Name _____

Date of Birth _____

Percentage ___ %

Relationship _____

Social Security Number *(required)* _____

Address _____

City/State/ZIP _____

**SPOUSAL CONSENT**
*(for use in community property states)*

If applicable, this section must be signed and dated by the spouse of the Account Owner:

1. If the Account Owner is married and has designated any Primary Beneficiary other than his/her spouse; and
2. If the Account Owner's plan includes or will include property in which his/her spouse possesses a community property interest or other type of property interest. (As of this printing the community property states are Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington and Wisconsin. Please consult with your legal advisor to ensure this satisfies the laws of your state.)

I, the undersigned spouse of the Account Owner named above, hereby consent to and accept the beneficiary designation without regard to whether I survive or predecease my spouse.

Spouse Signature  X

Date _____

**TELEPHONE TRADING AUTHORIZATION AND RECORDED PHONE LINES**

I have read the Telephone Trading Authorization and Recorded Phone Lines section of the Instructions to the Traditional IRA Application With Stretch Provisions and I direct Trust Industrial Bank to honor transaction requests made by telephone on behalf of my Account in accordance with that authorization. Trading instructions left on voice mail or a voice messaging system will not be honored.

☐ YES    ☐ NO

*(If neither box is checked, telephone trading will be accepted.)*

**YOUR ACKNOWLEDGEMENT AND SIGNATURE**

I, the undersigned, have read, understand and agree to all of the terms as set forth in the IRA Application, IRA Plan and Trust Agreement, IRA Disclosure Statement and the Instructions and Additional Terms and Conditions (collectively, "Plan Documents"), and I have retained the Plan Documents including a copy of this completed Application. I further specifically acknowledge that I have read, understand and agree to the Arbitration Statement that is part of the Plan Documents, and the Trustee's Fee Schedule that is available at the Trust Industrial Bank web site at www.fiservias-iaservices.com and that Trust Industrial Bank provided me with this document. I acknowledge the minimum cash and aggregated account value requirements applicable to Investment Types 3 and 4, as stated on the IRA Fee Schedule. If both requirements are not met, I understand additional fees may apply. I also understand that fees are not prorated upon establishment or termination, and I consent to have my conversations with Trust Industrial Bank recorded.

Account Owner Signature
X *[signature]*

Date  SEP 4 2008

When the plan has been accepted by Trust Industrial Bank, the Account Owner will be sent an account establishment confirmation letter showing the account number and account information. Trading cannot proceed until a Trust Industrial Bank account number has been assigned and the account has been funded by the Account Owner.

© Fiserv Investment Support Services, 2008          page 12 of 39          IRA-6142 (7/08)